UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-77-1BO
NO. 5:11-CR-77-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| EDWIN VANDO | ) | |
| JUAN LAMBOY RIVERA | ) | |

Upon motion of the Defendant, it is hereby **ORDERED** that Docket Entries 38 and 39 be sealed until ordered unsealed by this Court.

This the 9 day of November, 2012.

Terrence W. Boyle
United States District Judge