UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWIN VANDO,

    Defendant.
_____/

Cr. No. 5:11-CR-77-1BO

ORDER TO SEAL

Upon motion of the Defendant, it is hereby ORDERED that the Docket Number 49 in the above-captioned case be sealed.

This the 26 day of April, 2013.

                                                _____
                                                UNITED STATES DISTRICT JUDGE